UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

NATIONAL FIRE & MARINE INSURANCE     )
COMPANY,                             )
                                     )     **Civil Action No.: 06-97**
                Plaintiff,     )
                                     )
    -against-                      )
                                     )
ROBIN JAMES CONSTRUCTION, INC.,      )
                                     )
                Defendant.    )

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Lisa F. Joslin, Esq. to represent National Fire & Marine Insurance Company in this matter.

Dated: April 10, 2006

                                        Richard D. Becker, Esq.
                                        Delaware Bar Roll No.: 2203
                                        Becker & Becker, P.A.
                                        534 Greenhill Avenue
                                        Wilmington, DE  19805
                                        (302) 654-5374
                                        (302) 654-7936 fax

650965

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL FIRE & MARINE INSURANCE COMPANY, ) ) ) <br> Plaintiff, ) ) <br> -against- ) ) <br> ROBIN JAMES CONSTRUCTION, INC., ) ) <br> Defendant. ) | Civil Action No.: 06-97 |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid:

☐ to the Clerk of Court, or if not paid previously, the fee payment will be submitted

☒ to the Clerk's Office upon the filing of this motion.

Dated: April 3, 2006

Lisa F. Joslin, Esq.
Deily, Mooney and Glastetter, LLP
8 Thurlow Terrace
Albany, NY 12203
(518) 436-0344
(518) 436-8273 fax

650965                                3

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

**CERTIFICATE OF GOOD STANDING**

I, Lawrence K. Baerman, Clerk of this Court,

certify that LISA F. JOSLIN, Bar # 509264,

was duly admitted to practice in this Court on

February 26, 1998, and is in good standing
DATE

as a member of the Bar of this Court.

Dated at Syracuse, New York on March 23, 2006.
LOCATION  DATE



Lawrence K. Baerman
CLERK

Tracey Donovan
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL FIRE & MARINE INSURANCE COMPANY,<br><br>　　　　　　　　　Plaintiff,<br><br>　-against-<br><br>ROBIN JAMES CONSTRUCTION, INC.,<br><br>　　　　　　　　　Defendant. | **Civil Action No.: 06-97** |

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

IT IS HEREBY ORDERED, counsel's motion for admission pro hac vice is granted.

Dated: April ___, 2006

_____
United States District Judge

650965　　　　　　　　　　2

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL FIRE & MARINE INSURANCE COMPANY, )<br>)<br>)<br>Plaintiff, )<br>)<br>-against- )<br>)<br>ROBIN JAMES CONSTRUCTION, INC., )<br>)<br>Defendant. ) | **Civil Action No.: 06-097 JJF** |

**CERTIFICATE OF SERV ICE OF MOTION FOR ADMISSION PRO HAC VICE**

I hereby certify that the one copy of the above-named document(s) was mailed, U.S. Mail First Class, on April 10, 2006, to the following:

Eric C. Howard, Esq.
Wilson, Halbrook & Bayard
P.O. Box 690
Georgetown, DE  19947

BECKER & BECKER, P.A.

 /s/ Richard D. Becker
Richard D. Becker, Esq. (#2203)
534 Greenhill Avenue
The Court at Wawaset Plaza
Wilmington, DE 19805
Tel:  (302) 654-5374