UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL FIRE & MARINE INSURANCE COMPANY,<br><br>                             Plaintiff,<br><br>       -against-<br><br>ROBIN JAMES CONSTRUCTION, INC.,<br><br>                            Defendant. | **Civil Action No.: 06-097 JJF** |

## CERTIFICATE OF SERVICE OF RULE 26 INITIAL DISCLOSURES

I hereby certify that the one copy of the above-named document(s) was mailed, U.S. Mail First Class, on April 18, 2006, to the following:

Eric C. Howard, Esq.
Wilson, Halbrook & Bayard
P.O. Box 690
Georgetown, DE  19947

                                                                   BECKER & BECKER, P.A.

                                                                  /s/ Richard D. Becker
                                                                  Richard D. Becker, Esq. (#2203)
                                                                  534 Greenhill Avenue
                                                                  The Court at Wawaset Plaza
                                                                  Wilmington, DE 19805
                                                                  Tel:  (302) 654-5374