UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL FIRE & MARINE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) C.A. No.: 06-97 ) |
| v. | ) ) |
| ROBIN JAMES CONSTRUCTION, INC. | ) ) |
| Defendant. | ) |

## WITHDRAWAL AND ENTRY OF APPEARANCE

PLEASE WITHDRAW the appearance of RICHARD D. BECKER as counsel for Plaintiff, National Fire & Marine Insurance Company and enter the appearance of WHITTINGTON & AULGUR as counsel for Plaintiff.

BECKER & BECKER, P.A.

_____
RICHARD D. BECKER
~~534 Greenhill Avenue~~  2702 Capitol Trail
~~Wilmington, DE 19805~~  Newark DE 19711
302-654-5374

Date: 10/18/06

WHITTINGTON & AULGUR

_____
ROBERT T. AULGUR, JR.
KRISTI J. DOUGHTY
P.O. Box 617
Odessa, DE 19730-0617
302-378-1661
Counsel for Plaintiff

Date: 10/18/06

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL FIRE & MARINE<br>INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ROBIN JAMES CONSTRUCTION, INC.<br><br>    Defendant. | )<br>)<br>)<br>) C.A. No.: 06-97<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, Kristi J. Doughty, hereby certify this 19th day of October, A.D. 2006 that one true copy of **Withdrawal and Entry of Appearance** was delivered via electronic service and first class mail upon Defendant's counsel as follows:

Deily, Mooney and Glastetter, LLP
8 Thurlow Terrace
Albany, NY 12203

                                            /s/ Kristi J.Doughty
                                            Robert T. Aulgur, Jr. (No. 165)
                                            Kristi J. Doughty (No. 3826)
                                            P.O. Box 617
                                            Odessa, DE 19730-0617