**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**


| | |
|---|---|
| NATIONAL FIRE & MARINE | ) |
| INSURANCE COMPANY, | ) |
| | ) |
|     Plaintiff, | ) C.A. No.: 06-97 |
| | ) |
| v. | ) |
| | ) |
| ROBIN JAMES CONSTRUCTION, INC. | ) |
| | ) |
|     Defendant. | ) |


<u>**CERTIFICATE OF SERVICE**</u>

    I, Kristi J. Doughty, hereby certify this 17th day of November, A.D. 2006 that one

true copy of **Motion to Compel Disclosure and Production of Documents and for**

**Sanctions** was delivered via electronic service and first class mail upon Defendant's

counsel as follows:

Eric C. Howard
Wilson Halbrook & Bayard
107 West Market Street
P.O. Box 690
Georgetown, DE 19947


                 /s/  Kristi J.Doughty
                 Robert T. Aulgur, Jr. (No. 165)
                 Kristi J. Doughty (No. 3826)
                 P.O. Box 617
                 Odessa, DE 19730-0617