UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL FIRE & MARINE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>  -against-<br><br>ROBIN JAMES CONSTRUCTION, INC.,<br><br>        Defendant. | Civil Action No.: 06-97 (JJF) |

**JOSEPH J. FARNAN, JR.**
**United States District Court Judge**

## ORDER

Plaintiff National Fire & Marine Insurance Company ("National Fire"), having moved this Court for an order granting it summary judgment in the entirety on its claims for breach of contract, arising out of the failure of defendant Robin James Construction, Inc. ("Robin James") to pay National Fire outstanding audit-based premiums, and corresponding surplus lines tax, due and owing under the terms of three (3) separate commercial general liability insurance policies,

**IT IS HEREBY ORDERED** that plaintiff National Fire's motion for summary judgment is granted in its entirety; and

**IT IS FURTHER ORDERED** that plaintiff is awarded compensatory damages in the amount of $230,659.74.

Dated: _____

                                 _____
                                 Honorable Joseph J. Farnan, Jr.
                                 United States District Court Judge

SJ Order