# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

NATIONAL FIRE & MARINE INSURANCE :
COMPANY,                          :
                                  :
                Plaintiff,        :
                                  :
        v.                        :    Civil Action No. 06-97-JJF
                                  :
ROBIN JAMES CONSTRUCTION, INC.,   :
                                  :
                Defendant.        :

## ORDER

At Wilmington this **7th** day of **December, 2006**,

IT IS ORDERED that the mediation conference statements for the mediation in the above matter due on or before **Thursday, December 21, 2006 shall be delivered to the Clerk's Office by no later than 12:00 Noon.** All other provisions of the Court's May 31, 2006 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE