```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF DELAWARE


NATIONAL FIRE & MARINE          :
INSURANCE COMPANY,              :
                                :
       Plaintiff,               :
                                :
   v.                           : Civil Action No. 06-97-JJF
                                :
ROBIN JAMES CONSTRUCTION, INC., :
                                :
       Defendant.               :
```

### ORDER

WHEREAS, on November 17, 2006, Plaintiff filed a Motion To Compel Disclosure And Production Of Documents, And For Sanctions (D.I. 14) requesting an order compelling Defendant to serve its initial disclosures and respond to the Plaintiff's First Request for Production of Documents;

WHEREAS, Defendant did not file a response to Plaintiff's Motion To Compel;

WHEREAS, the Court concludes that, in these circumstances, an order compelling Defendant to comply with the discovery schedule is warranted under Fed. R. Civ. P. 37(a);

WHEREAS, the Court concludes, however, that circumstances do not warrant the assessment of sanctions at this time;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion To Compel Disclosure And Production Of Documents (D.I. 14) is **GRANTED**.

IT IS FURTHER ORDERED that Defendant shall file its initial disclosures pursuant to Rule 26(a)(1) and its response to Plaintiff's First Request for Production of Documents **by 4:30 p.m. on Friday, January 12, 2007**.


January 4, 2007                             _/s/ Joseph J. Farnan, Jr._
                                            UNITED STATES DISTRICT JUDGE