IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NATIONAL FIRE & MARINE  :
INSURANCE COMPANY,      :
                        :
        Plaintiff,      :
                        :
    v.                  : Civil Action No. 06-97-JJF
                        :
ROBIN JAMES CONSTRUCTION, INC., :
                        :
        Defendant.      :

### ORDER

WHEREAS, on December 1, 2006, Plaintiff filed a Motion For Summary Judgment (D.I. 16);

WHEREAS, Defendant's Answering Brief to the Motion For Summary Judgment was due December 18, 2006;

WHEREAS, to date, Defendant has failed to file an Answering Brief to the Motion;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant shall file an Answering Brief to the Motion **no later than Friday, January 19, 2007.** If Defendant fails to file a response, the Court will decide the Motion on the papers submitted.

IT IS FURTHER ORDERED that Plaintiff shall file a Reply Brief, if any, **no later than January 26, 2007.**

January 11, 2007

_____
UNITED STATES DISTRICT JUDGE