## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL FIRE & MARINE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | C.A. No.: 06-97 |
| ) | |
| v. ) | |
| ) | Ref. No. 25 |
| ROBIN JAMES CONSTRUCTION, INC. ) | |
| ) | |
| Defendant. ) | |

## <u>CERTIFICATE OF SERVICE</u>

I, Kristi J. Doughty, hereby certify this 6th day of February, A.D. 2007 that one true

copy of **Renewed Motion for Sanctions** was delivered via electronic service and first

class mail upon Defendant's counsel as follows:

Eric C. Howard
Wilson Halbrook & Bayard
107 West Market Street
P.O. Box 690
Georgetown, DE 19947

                                        /s/  Kristi J.Doughty
                                        Robert T. Aulgur, Jr. (No. 165)
                                        Kristi J. Doughty (No. 3826)
                                        P.O. Box 617
                                        Odessa, DE 19730-0617