LAW OFFICES
# WHITTINGTON & AULGUR

YORKLYN OFFICE
2979 BARLEY MILL ROAD
YORKLYN, DE 19736
(302) 235-5800

ODESSA PROFESSIONAL PARK
SUITE 110
313 N. DUPONT HIGHWAY
P.O. BOX 617
ODESSA, DELAWARE 19730-0617
(302) 378-1661

TELECOPIER
(302) 378-1645

March 12, 2007

Honorable Joseph J. Farnan, Jr.
District of Delaware
844 North King Street
Wilmington, DE 19801

  Re: National Fire & Marine Insurance Company v. Robin James Construction Inc.
  C.A. No. 06-97

Dear Judge Farnan:

  Pursuant to your Honor's oral ruling of March 7, 2007, kindly accept this correspondence concerning the pre-trial conference in the above-referenced matter, which was adjourned, due to plaintiff's failure to submit a Proposed Pre-trial Order as required under Local Rule 16.5. Please accept this letter of apology for the inadvertent failure, resulting solely from an oversight in scheduling.

  As the Court is aware, Plaintiff filed a Motion for Summary Judgment on December 1, 2006 and a renewed Motion for Sanctions on February 6, 2007. Counsel for the Defendant has not filed opposition to either motion. Based upon the Defendant's failure to participate and apparent lack of defense, it is respectfully submitted that the Court's time to conduct a Pretrial Conference may not be necessary. We await the Court's decision with regard to rescheduling a Pretrial Conference.

  The Court's indulgence is greatly appreciated.

          Respectfully submitted,

          Kristi J. Doughty

KJD/wp

cc: Eric C. Howard
  Lisa A. Joslin