IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NATIONAL FIRE & MARINE                 :
INSURANCE COMPANY,                     :
                                       :
          Plaintiff,                   :
                                       :
     v.                                :  Civil Action No. 06-97-JJF
                                       :
ROBIN JAMES CONSTRUCTION, INC.,        :
                                       :
          Defendant.                   :

ORDER

At Wilmington, the 22 day of March 2007, for the reasons set forth in the Memorandum Opinion issued this date; IT IS HEREBY ORDERED that:

1.   Plaintiff's Motion For Summary Judgment (D.I. 16) is **GRANTED**. A damages hearing will be held at **11:00 a.m. on Monday, the 2nd day of April, 2007.**

2.   Plaintiff's Renewed Motion For Sanctions (D.I. 25) is **GRANTED**. Plaintiff is awarded expenses and attorney's fees in the amount of $4,613.00.

IT IS FURTHER ORDERED that a final judgment order will be entered upon the award of damages.

_____
UNITED STATES DISTRICT JUDGE