LAW OFFICES
## WHITTINGTON & AULGUR

YORKLYN OFFICE
2979 BARLEY MILL ROAD
YORKLYN, DE 19736
(302) 235-5800

ODESSA PROFESSIONAL PARK
SUITE 110
313 N. DUPONT HIGHWAY
P.O. BOX 617
ODESSA, DELAWARE 19730-0617
(302) 378-1661

TELECOPIER
(302) 378-1645

March 27, 2007

Honorable Joseph J. Farnan, Jr.
District of Delaware
844 North King Street
Wilmington, DE 19801

    Re: National Fire & Marine Insurance Company v. Robin James Construction Inc.
    C.A. No. 06-97
    Damages Hearing: April 2, 2007 @ 11:00 a.m.

Dear Judge Farnan:

    As Your Honor is aware, by Order entered March 22, 2007, summary judgment was entered in favor of the Plaintiff and a damages hearing was set for April 2, 2007 at 11:00 a.m. Kindly accept this correspondence as Plaintiff's request for a continuance of that hearing. Co-counsel has been unable to reach the witness to date who is located in Nebraska as she is apparently out of the office on vacation. An alternative witness has not been found thus far and additional time is also needed in order for travel arrangements to be made. Plaintiff would also respectfully request whether video conferencing or telephonic participation by the witness is possible.

    In addition, my co-counsel who has been handling the case, advised my office on March 26, 2007 that she has accepted other employment effective March 29, 2007, so some additional time is requested for another attorney to familiarize himself with the case and speak with the witness.

    I have spoken with Mr. Howard who represents the Defendant and he does not oppose this request. The Court's indulgence is greatly appreciated.

    Respectfully submitted,

    Kristi J. Doughty

cc: Eric Howard via facsimile