UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL FIRE & MARINE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> -against- <br><br> ROBIN JAMES CONSTRUCTION, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) **Civil Action No.: 06-97** |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Jonathan D. Deily, Esq. to represent National Fire & Marine Insurance Company in this matter.

Dated: ~~March~~ April 3, 2007

_____
Kristi J. Doughty, Esq.
No. 3826
Whittington & Aulgur
Odessa Professional Park, Suite 110
313 North Dupont Highway
P.O. Box 617
Odessa, Delaware 19730-0617

B04569

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL FIRE & MARINE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> -against- <br><br> ROBIN JAMES CONSTRUCTION, INC., <br><br> Defendant. | Civil Action No.: 06-97 |

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

IT IS HEREBY ORDERED, counsel's motion for admission pro hac vice is granted.

Dated: _____, 2007

_____
United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

NATIONAL FIRE & MARINE INSURANCE )
COMPANY, )
               )   **Civil Action No.: 06-97**
           Plaintiff, )
               )
    -against- )
               )
ROBIN JAMES CONSTRUCTION, INC., )
               )
          Defendant. )

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid:

☐   to the Clerk of Court, or if not paid previously, the fee payment will be submitted

☐   to the Clerk's Office upon the filing of this motion.

Dated: March 26, 2007             _/s/ Jonathan D. Deily_
                       Jonathan D. Deily, Esq.
                       Deily, Mooney and Glastetter, LLP
                       8 Thurlow Terrace
                       Albany, NY 12203
                       (518) 436-0344
                       (518) 436-8273 fax