IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NATIONAL FIRE & MARINE  :
INSURANCE COMPANY,      :
                        :
     Plaintiff,         :
                        :
     v.                 : Civil Action No. 06-097-JJF
                        :
ROBIN JAMES CONSTRUCTION, INC., :
                        :
     Defendant.         :

O R D E R

WHEREAS, by Order dated March 22, 2007, the Court granted Plaintiff's Motion for Summary Judgment and set a Damages Hearing for April 2, 2007 (D.I. 29);

WHEREAS, by letter, Plaintiff's counsel requested additional time to prepare for the hearing (D.I. 30);

WHEREAS, the April 2, 2007 Damages Hearing was cancelled;

NOW THEREFORE, IT IS HEREBY ORDERED that a Damages Hearing will be held on **Thursday, April 19, 2007 at 2:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

April 5, 2007
DATE

*Joseph J. Farnan Jr.*
UNITED STATES DISTRICT JUDGE