**National Fire Marine Insurance Company v. Robin James Construction, Inc.**
District Court/District of Delaware  #06-97 JJF

DAMAGES HEARING – APRIL 19, 2007

**PLAINTIFF'S EXHIBITS**

P – 1   Commercial Policy (#72LPE6811493)

P – 2   Audit Summary dated September 14, 2005

P – 3   Report of Audit performed on October 3, 2005

P – 4   Commercial Policy (#72LPE690418)

P – 5   Audit Summary dated October 13, 2004

P – 6   Report of Audit performed on November 1, 2004

P – 7   Commercial Policy (#72LPE698115)

P – 8   Notice of Cancellation sworn to November 17, 2004

P – 9   Audit Summary dated January 19, 2005

P – 10  Report of Audit performed on January 25, 2005