UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

NATIONAL FIRE & MARINE INSURANCE
COMPANY,
)
)
)          **Civil Action No.:  06-97 JJF**
Plaintiff,
)
)
-against-
)
)
ROBIN JAMES CONSTRUCTION, INC.,
)
)
Defendant.
)

## JUDGMENT

Plaintiff, National Fire & Marine Insurance Company ("National Fire"), having appeared at a hearing on damages on April 19, 2007 as Ordered by this Court by Order entered on March 22, 2007, and the Plaintiff having made an offer of proof which the Court has found to be sufficient and the Court having accepted Plaintiff's exhibits 1 – 10 into evidence,

NOW IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

Plaintiff is awarded judgment on its First Cause of Action in the amount of $35,651.04 plus interest from February 13, 2007 to April 19, 2007 at the rate of 9.44% in the amount of $3,964.60 for a total $39,615.64; and

Plaintiff is awarded Judgment on its Second Cause of Action in the amount of $176,927.16 plus interest from February 13, 2007 to April 19, 2007 at the rate of 9.44% in the amount of $19,676.80 for a total $196,603.96; and

Plaintiff is awarded Judgment on its Third Cause of Action in the amount of $18,081.54 plus interest from February 13, 2007 from April 19, 2007 at the rate of 9.44% in the amount of $2,012.40 for a total $20,093.94;

Plaintiff is further awarded Judgment for expenses and attorney's fees in the amount of $4,613.00 pursuant to this Court's Order of March 22, 2007;

Said Judgment with interest to April 19, 2007 and the attorney's fees previously Ordered, total the aggregate amount of $260,926.54;

Dated at Wilmington, Delaware, this 24 day of April, 2007

Honorable Joseph J. Farnan, Jr.
United States District Court Judge